**No. 47049.**—Protests 19242–K, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. It was stipulated that certain of the merchandise consists of hemp knotted straw hats, not blocked or trimmed and not bleached, dyed, colored, or stained, similar to those involved in Abstract 46497. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 47050.**—Protest 40427–K of Simon Healey & Goldstein, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the so-called raw malines made on a bobbinet machine are'similar in all material respects to those involved in Abstract 46059 the claim at 65 percent under paragraph 1529 and T. D. 48316 was sustained.

**No. 47051.**—Protest 996892–G of Quong Lee & Co. (San Francisco).

Opinion by DALLINGER, J. A sample of the knives showed that in form and shape they resemble what is commonly known as a cleaver such as those eo nomine provided for in paragraph 355. From the testimony presented it was found that the articles are not specially designed for other than household, kitchen, or butchers' use, and that the blades measure 4 inches or more in length, exclusive of the wooden handles. In accordance therewith they were held properly classified at 8 cents each and 35 percent ad valorem under paragraph 355 and T. D. 49753.

**No. 47052.**—Protest 821660–G of S. E. Laszlo (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise in question consists of air pistols and parts thereof the same as those the subject of Laszlo v. United States (1 Cust. Ct. 209, C. D. 47). In accordance therewith the claim at 27½ percent under paragraph 372 was sustained.

**No. 47053.**—Protests 674213–G, etc., of J. G. Braun Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the structural shapes of steel in question are of the same character as those the subject of Blum v. United States (5 Cust. Ct. 119, C D. 381) the protests were sustained.